```
____ FILED      ____ LODGED
____ RECEIVED   ____ COPY

      FEB 1 6 2006

CLERK U S DISTRICT COURT
  DISTRICT OF ARIZONA
BY_____ DEPUTY
```

REDACTED FOR PUBLIC DISCLOSURE

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>        Plaintiff,<br>v.<br><br>Denys Ray Hughes,<br><br>        Defendant. | CR-05-0759-PHX-EHC<br><br>**SUPERSEDING INDICTMENT**<br><br>VIO:  26 U.S.C. § 5861(d)<br>(Possession of an Unregistered Firearm)<br>Counts 1 & 2<br><br>18 U.S.C. § 175(a)<br>(Attempted Production of a Biological Toxin for Use as a Weapon)<br>Count 3 |

THE GRAND JURY CHARGES:

## COUNT 1

On or about July 13, 2005, in the District of Arizona, defendant DENYS RAY HUGHES knowingly possessed firearms, that is, four (4) silencers, as defined in Title 26, United States Code, Section 5845(a)(7), which firearms were not registered to him in the National Firearms Registration and Transfer Record (NFRTR) as required by Title 26, United States Code, Section 5841.

In violation of Title 26, United States Code, Sections 5861(d) and 5871.

//

//

## COUNT 2

On or about July 13, 2005, in the District of Arizona, defendant DENYS RAY HUGHES knowingly possessed a firearm, that is, a destructive device, as defined in Title 26, United States Code, Section 5845(a)(8), which firearm was not registered to him in the National Firearms Registration and Transfer Record (NFRTR) as required by Title 26, United States Code, Section 5841.

In violation of Title 26, United States Code, Sections 5861(d) and 5871.

## COUNT 3

From on or about December, 2004 to July 13, 2005, in the District of Arizona, DENYS RAY HUGHES did knowingly attempt to produce a biological toxin, to wit: ricin, for use as a weapon.

In violation of Title 18, United States Code, Section 175(a).

A TRUE BILL

s/
FOREPERSON OF THE GRAND JURY
Date: February 16, 2006

PAUL K. CHARLTON
United States Attorney
District of Arizona

s/ Michael Morrissey
MICHAEL T. MORRISSEY
Assistant U.S. Attorney